1008

David E. HOKIN v. SHELL PETROLEUM CORPORATION.

No. 6725.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1934.

David I. Hubar, of Detroit, Mich., for appellant.

Bulkley, Ledyard, Dickinson & Wright, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

---

IRVING TRUST COMPANY, as Trustee In Bankruptcy of the ESTATE OF Samuel MANN and Frank Mann, Individually and as Copartners Trading as Peerless Mfg. & Supply Co., Bankrupts, Plaintiff-Appellee, v. BREVOORT SECURITY CORP., Defendant-Appellant.

No. 338.

Circuit Court of Appeals, Second Circuit.

March 19, 1934.

Lewis, Marks & Kanter, of Brooklyn, N. Y. (Lloyd B. Kanter and Julius L. Rassner, both of Brooklyn, N. Y., of counsel), for appellant.

Krause, Hirsch & Levin, of New York City (George C. Levin, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (4 F. Supp. 903) affirmed.

---

Louis JEANFREAU et al., Appellants, v. UNITED STATES of America, Appellee.

No. 7009.

Circuit Court of Appeals, Fifth Circuit.

March 22, 1934.

W. B. Hamlin, B. J. Daly, and Rudolph F. Becker, Jr., all of New Orleans, La., for appellants.

Rene A. Viosca, U. S. Atty., and Wm. H. Norman, Sp. Asst. to U. S. Atty., both of New Orleans, La., for the United States.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

BY THE COURT.

The judgment is affirmed.

---

Lillian Phelps KELLEY, Russel P. Kelley, Phelps Kelley, and Gordon P. Kelley, Coexecutors of the Last Will and Testament of William V. Kelley, Deceased, and Krem-Ko Company, Plaintiffs-Appellants, v. HEYMAN PROCESS CORPORATION, Defendant-Appellee.

No. 329.

Circuit Court of Appeals, Second Circuit.

March 19, 1934.

George I. Haight and M. K. Hobbs, both of Chicago, Ill. (Usina & Rauber, of New York City, of counsel), for appellants.

Charles H. Wilson, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 362) affirmed, on opinion below.